UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT ECHOLS,<br><br>   Petitioner,<br><br>v.<br><br>BERT BOYD,<br><br>   Respondent. | )<br>)<br>)<br>)<br>)  No.:   3:21-CV-182-TAV-HBG<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, the Clerk is **DIRECTED** to **TRANSFER** this action to the Western Division of the United States District Court for the Western District of Tennessee and to **CLOSE** this Court's file.

  **ENTER:**

              s/ Thomas A. Varlan
              UNITED STATES DISTRICT JUDGE


 ENTERED AS A JUDGMENT

  LeAnna R. Wilson
  CLERK OF COURT